UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-48480-JBS |
|---|---|---|
| | § | |
| CLAUDE BONDS | § | |
| CHRISHELLO BONDS | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/25/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/04/2011      By: /s/ David P. Leibowitz
                                                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  § Case No. 10-48480-JBS
 §
CLAUDE BONDS §
CHRISHELLO BONDS §
 §
 Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,359.96
*and approved disbursements of* $1,116.65
*leaving a balance on hand of[1]:* $5,243.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,243.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,274.50 | $0.00 | $1,274.50 |
| David P. Leibowitz, Trustee Expenses | $7.02 | $0.00 | $7.02 |

Total to be paid for chapter 7 administrative expenses: $1,281.52
Remaining balance: $3,961.79

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $3,961.79 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $746.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13a | Illinois Department of Revenue | $746.63 | $0.00 | $746.63 |

|  | Total to be paid to priority claims: | $746.63 |
|---|---|---|
|  | Remaining balance: | $3,215.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,414.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $2,138.76 | $0.00 | $233.78 |
| 2 | Sir Finance | $1,186.00 | $0.00 | $129.64 |
| 3 | Zenith Acquisition Corporation | $730.96 | $0.00 | $79.90 |
| 4 | Morraine Valley Community College | $483.00 | $0.00 | $52.79 |
| 5 | Midland Credit Management, Inc./ First Bank of Delaware | $1,304.04 | $0.00 | $142.54 |
| 6 | Midland Credit Management, Inc/First Bank of Delaware. | $1,086.85 | $0.00 | $118.80 |
| 7 | Midland Credit Management, Inc./First Bank of Delaware | $850.86 | $0.00 | $93.00 |
| 8 | US Department of Education | $18,850.65 | $0.00 | $2,060.48 |
| 9 | American InfoSource LP as agent | $295.89 | $0.00 | $32.34 |

**UST-Form 101-7-NFR (5/1/2011)**

|    |                                              |            |        |          |
|----|----------------------------------------------|------------|--------|----------|
|    | for T Mobile/                                |            |        |          |
| 10 | American InfoSource LP as agent for T Mobile | $567.69    | $0.00  | $62.05   |
| 11 | Opportunity Financial LLC                    | $919.67    | $0.00  | $100.53  |
| 12 | CardGard Check One                           | $1,000.00  | $0.00  | $109.31  |

Total to be paid to timely general unsecured claims: $3,215.16
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $773.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant                      | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|-----------|-------------------------------|-----------------------|--------------------------|-----------------|
| 13        | Illinois Department of Revenue | $773.72              | $0.00                    | $0.00           |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE


Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00


Prepared By:   /s/ David P. Leibowitz

**UST-Form 101-7-NFR (5/1/2011)**

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST-Form 101-7-NFR (5/1/2011)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-48480-JBS
Claude Bonds                                                              Chapter 7
Chrishello Bonds
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez                Page 1 of 3              Date Rcvd: Aug 05, 2011
                               Form ID: pdf006             Total Noticed: 104

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2011.
```
db/jdb       +Claude Bonds,    Chrishello Bonds,    12544 S Lincoln,    Calumet Park, IL 60827-5627
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16364469     +33 N LaSalle 1200,    Chicago, Illinois 60602-3415
16364492      ACC International,    ACC Bldg,    919 Estes Court,    Schaumburg, Illinois 60193-4427
16364542     +ACE,    2000 S Colorado Blvd,    Tower One Suite 300,    Denver, CO 80222-7900
16364459     +AOL Online,    PO Box 30623,    Tampa,FL 33660-1623
16364543     +AT&T,    c/o GC Servicing Limited Partnership,    PO Box 1419 (075),    Cooperas Cove, TX 76522-5419
16364498     +Advocate Medical Group,    701 Lee Street,    Des Plaines, Il 60016-4543
16364479     +Alliance One,    6565 Kimball Drive 200,    Gig Harbor, WA 98335-1206
16364633     +American Colln Corp,    919 Estes CT,    Schaumburg,Il 60193-4436
16752391     +Arnold Scott Harris PC,    222 Merchandise Mart Plaza #1932,    Chicago IL 60654-1420
16364446     +Blue Island Police Department,    Billing Clerk,    13031 S Greenwood,    Blue Island, Il 60406-2331
16364474     +CCS First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
16364488      CardGard Check One,    PO Box 232220,    San Diego, CA 92193-2220
16364486      Check Into Cash,    PO Box 550 201 Keith Street Suite 80,    Cleveland, TN 37364-0550
16364450     +City of Chicago,    Arnold Scott Harris,    232 Merchandise Mart 1932,
               Chicago, Illinois 60654-1001
16364444     +Clerk of the Circuit Court Bridgeview,    10220 S 76th Avenue,    Bridgeview, Illinois 60455-2425
16364540     +Corporate American Family Credit Union,    One McDonald's Plaza,    Oak Brook, Illinois 60523-1911
16364502     +Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
16364473     +Credit Protection Association,    13355 Noel Rd Ste 2100,    Dallas, Texas 75240-6837
16752390     +Creditors Discount & Audit Co,    415 E Main St,    Streator IL 61364-2927
16364494     +Debt Recovery Solutions, LCC,    900 Merchants Concourse 106,    Westbury, NY 11590-5114
16364458     +Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
16364443     +Dorothy Brown Clerk of the Circuit Court,    Domestic Billing,    50 W Washington,
               Chicago, Illinois 60602-1305
16364485      Dr Craig Kostrubala,    5571 W 95th Street,    Oak Lawn, Illinois 60453-2356
16364499     +ER Care Physician Services,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
16364482     +ER Solutions Inc,    Bankruptcy Dept,    800 SW 39th St,    Renton, WA 98057-4975
16364461      Eastern Collection Agency,    1266 Locust Ave,    Bohemia, NY 11716
16364506      Emergency Care Physician Svcs BI LTD,    Depart 20 8044,    Carol Stream, Illinois 60197-5998
16364487     +FBCS Services,    2200 Byberry Rd Ste 120,    Hatboro, PA 19040-3797
16364475     +First Premier,    601 S Minnesota,    Sioux Falls, SD 57104-4824
16364464      First Revenue Assurance,    4500 Cherry Creek Dr,    Denver, CO 80246
16364632     +GC Services,    6330 Gulfton St,    Houston, TX 77081-1198
16364541     +Georgia Power,    Bin 800002,    PO Box 105537,    Atlanta, GA 30348-5537
16364463     +Harris & Harris,    600 W Jackson,    Chicago, Illinois 60661-5675
16364489     +Harris & Harris Ltd,    222 Merchandise Mart Plaza Suite 1900,    Chicago, Illinois 60654-1421
16364467      Healthcare Collection Service,    PO Box 298,    Norwell, MA 02061-0298
16364460     +Homewood Memorial Garden,    PO Box 1127,    Homewood, Illinois 60430-0127
16364477     +I C System,    Bankruptcy Dept,    PO Box 64378,    Saint Paul, MN 55164-0378
16364441     +IRS Tax Liability,    Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114-0326
17149644      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
16364442     +Illinois Dept of Human Service,    Food Stamp Department,    521 S 11 Street,
               Springfield, IL 62703-1304
16364440     +Illinois Dept of Rev Tax Liability,    Level 7 425,    100 W Randolph,
               Chicago, Illinois 60601-3218
16364554     +Joan Bush-Bonds,    1103N Oakley Court 109,    Westmont, Illinois 60559-6182
16752392     +Linebarger Gogg Blair & Sampson LLP,    Pob 06268,    Chicago IL 60606-0268
16364634      Linebarger Goggan Blair & Sampson,    PO Box 06152,    Chicago, Illinois 60606-0152
16364548    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: MedClear,     PO Box 8547,    Philadelphia, PA 19101)
16364547      MCI Communication,    PO Box 163250,    Columbus, OH 43216-3250
16364500     +Malcolm S Gerald Associates,    332 S Michigan 600,    Chicago, Illinois 60604-4318
16364451     +Mercantile Adjustment Bureau,    6390 Main Street 160,    Williamsville, NY 14221-5857
16364504     +MetroSouth Medical Center,    12935 S Gregory,    Blue Island, Illinois 60406-2428
16364505      Midwest Diagnostic Pathology,    75 Remittance Dr Ste 3070,    Chicago, Illinois 60675-3070
16364638     +Midwest Pediatric Cardiology,    900 Frontage Road,    Woodridge,Illinois 60517-4903
16364445     +Morraine Valley Community College,    9000 W College Drive,    Palos Hills, Illinois 60465-2478
16364495      NARS National Asset Recovery Services,    PO Box 701,    Chesterfield, MO 63006-0701
16364484      Oak Forest Hospital,    15900 S Cicero,    Oak Forest, Illinois 60452
16364503     +Opportunity Financial LLC,    4747 W Peterson Ave 306,    Chicago, Illinois 60646-5745
16752388    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,     Pob 12914,    Norfolk VA 23541)
16364490      PSC Physician S Billing Group,    Dept 77 9273,    Chicago, Illinois 60678-0001
16364507     +Pathology Assoc of Chicago Ltd,    PO Box 88487,    Chicago, Illinois 60680-1487
16364455     +Pay Daky Solomon Finance,    10 East Doty St #829,    Madison, WI 53703-5105
16752387     +Pay Day Loans,    2378 172nd,    Lansing IL 60438-6002
16752389     +Penn Credit,    Pob 1259 Dept 91047,    Oaks PA 19456-1259
16364539     +Peoples Energy,    130 E Randolph,    Chicago, Illinois 60601-6302
16364545     +Professional Credit Services,    500 Bi County Blvd,    Farmingdale, NY 11735-3996
16364551     +Risk Management,    PO Box 105635,    Atlanta, GA 30348-5635
```

```
District/off: 0752-1          User: dgomez              Page 2 of 3                   Date Rcvd: Aug 05, 2011
                              Form ID: pdf006           Total Noticed: 104


16364552     +Robinson Regan & Young, PC,    260 Cumberland Bend,    Nashville, TN 37228-1804
16364544    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,     PO Box 219554,    Kansas City, MO 64121)
16364480     +Salute Visa Gold,    220 John Glenn Dr #1,    Amherst, NY 14228-2228
16364439      Santander Consumer,    Bankruptcy Dept,    PO Box 660633,    Dallas, TX 75266-0633
16364553      Short Term Loans LLC,    122 Glen Ellyn Road,    Glendale Heights, Illinois 60139
16364466     +TCF Bank,    4930 N Milwaukee,    Chicago, IL 60630-2106
16364481     +TMobile,    18167 US Highway 19 N St,    Clearwater, FL 33764-3528
16364635    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
             (address filed with court: Triad Financial,     Dept Ch 10104,    Palatine, Illinois 60055-0104)
16364496     +TRS Recovery Services,    5251 Westheimer Rd,    Houston, TX 77056-5416
16364471     +Tech Credit Union,    10951 Broadway,    Crown Point, IN 46307-8836
16752393     +The Law Office of Michael Ira Asen,     99 Seaview Blvd Ste 214,    Port Washington NY 11050-4632
16863893      US Department of Education,    Direct Loan SVC,    P.O. Box 5609,    Greenville, TX 75403-5609
16364497      Unimed, Ltd,    PO Box 5945,    Carol Stream, IL 60197-5945
16364636      Universal Fidelity Corp,    PO Box 941911,    Houston, TX 77094-8911
16364546     +Valentine & Kebartas Inc,    PO Box 325,    Lawrence, MA 01842-0625
16364448     +Village of Calumet Park,    12409 S Throop,    Calumet Park, Illinois 60827-5897
16364447     +Village of Orland Park,    Traffic Compliance Administrator,     15100 Ravina Avenue,
               Orland Park, Illinois 60462-3745
16364491     +Wellington Radiology Group,    SC IMR,    9410 Compubill Drive,    Orland Park, Illinois 60462-2627
16364550     +Z Tel Communication,    PO Box 17386,    Baltimore, MD 21297-1386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16364456     +E-mail/Text: bankruptcy1@acecashexpress.com Aug 06 2011 00:34:11      ACE Cash,    1231 Greenway,
               Irving, TX 75038-2511
16364468     +E-mail/Text: bankruptcynotices@aisservicesllc.com Aug 06 2011 00:34:08      AIS Service LLC,
               50 California St 1500,    San Francisco, CA 94111-4619
16976350      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2011 01:32:10
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
16364476      E-mail/Text: legalcollections@comed.com Aug 06 2011 00:33:17      ComEd,    Bankruptcy Dept,
               PO Box 6111,    Carol Stream, Illinois 60197-6111
16364453      E-mail/Text: legalcollections@comed.com Aug 06 2011 00:33:17      ComEd,    Bankruptcy Department,
               PO Box 6111,    Carol Stream, Illnois 60197-6111
16637878     +E-mail/Text: legalcollections@comed.com Aug 06 2011 00:33:17      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16364465     +E-mail/Text: bkynotice@harvardcollect.com Aug 06 2011 00:33:30      Harvard Collection,
               4839 N. Elston Ave,    Chicago, Illinois 60630-2589
16364493     +E-mail/Text: brenden.magnino@mcmcg.com Aug 06 2011 00:32:56      MCM,    Bankruptcy Dept Dept 12421,
               PO Box 603,    Oaks, PA 19456-0603
16364508     +E-mail/Text: brenden.magnino@mcmcg.com Aug 06 2011 00:32:56      MCM Depart 12421,
               Attn:  Bankruptcy Dept,    PO Box 603,    Oaks, PA 19456-0603
16761587     +E-mail/Text: brenden.magnino@mcmcg.com Aug 06 2011 00:32:56      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
16364501     +E-mail/Text: BK@nationalcreditsolutions.net Aug 06 2011 00:33:54
               National Credit Solutions, LLC,    PO Box 15779,    Oklahoma City, OK 73155-5779
16364478     +E-mail/Text: bankrup@nicor.com Aug 06 2011 00:32:43      Nicor Gas,    Bankruptcy Dept,
               PO Box 2020,    Aurora, Illinois 60507-2020
16364640     +E-mail/Text: bankrup@nicor.com Aug 06 2011 00:32:43      Nicor Gas,    1844 W Ferry Rd,
               Naperville, Illinois 60563-9600
16364452     +E-mail/Text: bankrup@nicor.com Aug 06 2011 00:32:43      Nicor Gas,    Bankruptcy Dept,
               PO Box 2020,    Aurora, IL 60507-2020
16364483     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Aug 06 2011 00:34:02
               Northwest Collectors Inc,    3601 Algonquin Rd Suite 232,    Rolling Meadows, IL 60008-3143
16351671      E-mail/Text: ejones@gopfs.com Aug 06 2011 00:33:19      Prestige Financial,    Bankruptcy Dept,
               1420 South 500 West,    Salt Lake City, UT 84115
16364457     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 06 2011 01:34:05      Sallie Mae,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
16364509     +E-mail/Text: irma@sirfinance.com Aug 06 2011 00:33:20      Sir Finance,    424 W 31st Street,
               Chicago, Illinois 60616-3116
16364472     +E-mail/Text: bankruptcy@zenithacq.com Aug 06 2011 00:34:09      Zenith Acquisition Corporation,
               170 NorthPointe PA 300,    Buffalo, NY 14228-1992
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16364454      Cash Yes,    508 Marina Towers Newton Barracks Rd Sui,    Belize City BZ, CA
16364449      Village of Oak Park,    CO MBS Parking,    PO Box 2730
16364538*    +MetroSouth Medical Center,    12935 S Gregory,    Blue Island, Illinois 60406-2428
16364639    ##+CB USA Inc,    PO Box 8000,    Hammond, IN 46325-8000
16364510    ##Ebony,    PO Box 56483,    Boulder, CO 80322-6483
16364511    ##JET,    PO Box 56209,    Boulder, CO 80322-6209
16364637    ##+Nationwide Credit & Collection,    9919 Roosevelt,    Westchester, Il 60154-2771
16364470    ##Peak 5,    6782 S Potomac St,    Englewood, CO 80112-3915
16364462    ##+Transworld Systems Inc,    25 Northwest Point 750,    Elk Grove, IL 60007-1058
16364549    ##+Wells Fargo Fin Acceptance,    PO Box 98765,    Las Vegas,, NV 89193-8765
                                                                                   TOTALS: 2, * 1, ## 7
```

```
District/off: 0752-1          User: dgomez              Page 3 of 3              Date Rcvd: Aug 05, 2011
                              Form ID: pdf006           Total Noticed: 104
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2011**                          **Signature:**  _Joseph Speetjens_