UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-48480-JBS |
| | § | |
| CLAUDE BONDS | § | |
| CHRISHELLO BONDS | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $25,795.00 | Assets Exempt: | $7,195.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,961.79 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,283.16 | | |

3)  Total gross receipts of $6,359.96 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,115.01 (see **Exhibit 2),** yielded net receipts of $5,244.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $35,600.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,283.16 | $1,283.16 | $1,283.16 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,747.00 | $746.63 | $746.63 | $746.63 |
| General Unsecured Claims (from **Exhibit 7**) | $94,038.00 | $30,188.09 | $30,188.09 | $3,215.16 |
| **Total Disbursements** | $136,385.00 | $32,217.88 | $32,217.88 | $5,244.95 |

4). This case was originally filed under chapter 7 on 10/29/2010. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012          By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Anticipated tax refund | 1224-000 | $6,359.00 |
| Interest Earned | 1270-000 | $0.96 |
| **TOTAL GROSS RECEIPTS** | | **$6,359.96** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Chrishello Bonds | Exemptions | 8100-002 | $1,115.01 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,115.01** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Prestige Financial | 4110-000 | $16,245.00 | NA | $0.00 | $0.00 |
| | Santander Consumer | 4110-000 | $19,355.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$35,600.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,274.50 | $1,274.50 | $1,274.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $7.02 | $7.02 | $7.02 |
| Green Bank | 2600-000 | NA | $1.64 | $1.64 | $1.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,283.16 | $1,283.16 | $1,283.16 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 13a | Illinois Department of Revenue | 5800-000 | NA | $746.63 | $746.63 | $746.63 |
| | Clerk of the Circuit Court-Bridgeview | 5800-000 | $300.00 | NA | NA | $0.00 |
| | Dorothy Brown Clerk of the Circuit Court | 5800-000 | $294.00 | NA | NA | $0.00 |
| | Illinois Dept. of Human Services | 5800-000 | $3,500.00 | NA | NA | $0.00 |
| | Illinois Dept. of Revenue Tax Liability | 5800-000 | $59.00 | NA | NA | $0.00 |
| | IRS Tax Liability | 5800-000 | $1,934.00 | NA | NA | $0.00 |
| | Village of Calumet Park | 5800-000 | $100.00 | NA | NA | $0.00 |
| | Village of Calumet Park | 5800-000 | $250.00 | NA | NA | $0.00 |
| | Village of Oak Park | 5800-000 | $110.00 | NA | NA | $0.00 |
| | Village of Orland Park | 5800-000 | $200.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$6,747.00** | **$746.63** | **$746.63** | **$746.63** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $1,300.00 | $2,138.76 | $2,138.76 | $233.78 |
| 2 | Sir Finance | 7100-000 | $1,500.00 | $1,186.00 | $1,186.00 | $129.64 |
| 3 | Zenith Acquisition Corporation | 7100-000 | $800.00 | $730.96 | $730.96 | $79.90 |
| 4 | Morraine Valley Community College | 7100-000 | $500.00 | $483.00 | $483.00 | $52.79 |
| 5 | Midland Credit Management, Inc./ First Bank of Delaware | 7100-900 | NA | $1,304.04 | $1,304.04 | $142.54 |
| 6 | Midland Credit Management, Inc/First Bank of Delaware. | 7100-900 | NA | $1,086.85 | $1,086.85 | $118.80 |
| 7 | Midland Credit Management, Inc./First Bank of | 7100-900 | NA | $850.86 | $850.86 | $93.00 |

**UST Form 101-7-TDR (5/1/2011)**

|    |                                              |          |            |             |             |            |
|----|----------------------------------------------|----------|------------|-------------|-------------|------------|
|    | Delaware                                     |          |            |             |             |            |
| 8  | US Department of Education                   | 7100-000 | NA         | $18,850.65  | $18,850.65  | $2,060.48  |
| 9  | American InfoSource LP as agent for T Mobile/ | 7100-000 | $500.00    | $295.89     | $295.89     | $32.34     |
| 10 | American InfoSource LP as agent for T Mobile | 7100-000 | $700.00    | $567.69     | $567.69     | $62.05     |
| 11 | Opportunity Financial LLC                    | 7100-000 | $1,000.00  | $919.67     | $919.67     | $100.53    |
| 12 | CardGard Check One                           | 7100-000 | $1,000.00  | $1,000.00   | $1,000.00   | $109.31    |
| 13 | Illinois Department of Revenue               | 7200-000 | NA         | $773.72     | $773.72     | $0.00      |
|    | 33 N. LaSalle #1200                          | 7100-000 | $600.00    | NA          | NA          | $0.00      |
|    | ACC International/ TCF Bank                  | 7100-000 | $1,345.00  | NA          | NA          | $0.00      |
|    | ACC International/ TCF Bank                  | 7100-000 | $1,055.00  | NA          | NA          | $0.00      |
|    | ACE                                          | 7100-000 | $300.00    | NA          | NA          | $0.00      |
|    | ACE Cash                                     | 7100-000 | $500.00    | NA          | NA          | $0.00      |
|    | Advocate Illinois Masonic Medical Center     | 7100-000 | $2,896.00  | NA          | NA          | $0.00      |
|    | Advocate Medical Group                       | 7100-000 | $460.00    | NA          | NA          | $0.00      |
|    | AIS Services LLC                             | 7100-000 | $700.00    | NA          | NA          | $0.00      |
|    | Alliance One                                 | 7100-000 | $800.00    | NA          | NA          | $0.00      |
|    | American Colln Corp/ LaSalle Bank            | 7100-000 | $750.00    | NA          | NA          | $0.00      |
|    | AOL Online                                   | 7100-000 | $125.00    | NA          | NA          | $0.00      |
|    | Arnold Scott Harris PC                       | 7100-000 | $496.00    | NA          | NA          | $0.00      |
|    | AT & T                                       | 7100-000 | $100.00    | NA          | NA          | $0.00      |
|    | Cash Yes                                     | 7100-000 | $700.00    | NA          | NA          | $0.00      |
|    | CB USA Inc                                   | 7100-000 | $500.00    | NA          | NA          | $0.00      |
|    | CCS/ First National Bank                     | 7100-000 | $550.00    | NA          | NA          | $0.00      |
|    | Check Into Cash                              | 7100-000 | $500.00    | NA          | NA          | $0.00      |
|    | City of Chicago                              | 7100-000 | $609.00    | NA          | NA          | $0.00      |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---|---|---:|
| ComEd | 7100-000 | $300.00 | NA | NA | $0.00 |
| Corporate American Family Credit Union | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| Credit Protection Association | 7100-000 | $550.00 | NA | NA | $0.00 |
| Creditors Discount & Audit Company | 7100-000 | $43.00 | NA | NA | $0.00 |
| Debt Recovery Solutions LLC | 7100-000 | $474.00 | NA | NA | $0.00 |
| Direct Loans | 7100-000 | $12,600.00 | NA | NA | $0.00 |
| Dr. Craig Kostrubala | 7100-000 | $150.00 | NA | NA | $0.00 |
| Eastern Collection Agency/ Crossing | 7100-000 | $80.00 | NA | NA | $0.00 |
| Ebony | 7100-000 | $16.00 | NA | NA | $0.00 |
| Emergenfy Care Physician Svcs. | 7100-000 | $961.00 | NA | NA | $0.00 |
| ER Care Physician Services | 7100-000 | $293.00 | NA | NA | $0.00 |
| ER Solutions Inc | 7100-000 | $546.00 | NA | NA | $0.00 |
| FBCS Services/ Midland Credit | 7100-000 | $1,100.00 | NA | NA | $0.00 |
| First Premier | 7100-000 | $450.00 | NA | NA | $0.00 |
| First Revenue Assurance | 7100-000 | $1,300.00 | NA | NA | $0.00 |
| GC Servuce/ SBC Illinois | 7100-000 | $400.00 | NA | NA | $0.00 |
| Georgia Power | 7100-000 | $200.00 | NA | NA | $0.00 |
| Harris & Harris Ltd | 7100-000 | $2,896.00 | NA | NA | $0.00 |
| Harris & Harris/ Christ Hospital | 7100-000 | $600.00 | NA | NA | $0.00 |
| Harvard Collection | 7100-000 | $0.00 | NA | NA | $0.00 |
| Healthcare Collection Service | 7100-000 | $130.00 | NA | NA | $0.00 |
| Homewood Memorial Garden | 7100-000 | $114.00 | NA | NA | $0.00 |
| I C System | 7100-000 | $300.00 | NA | NA | $0.00 |
| JET | 7100-000 | $31.00 | NA | NA | $0.00 |
| Linebarger Gogg Blair & Sampson LLp | 7100-000 | $308.00 | NA | NA | $0.00 |
| Malcolm S. | 7100-000 | $460.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Gerald & Associates | | | | | |
| MCI Comminicatios | 7100-000 | $72.00 | NA | NA | $0.00 |
| MCM / First Bank of Delaware | 7100-000 | $1,062.00 | NA | NA | $0.00 |
| MCM Depart 12421 | 7100-000 | $845.00 | NA | NA | $0.00 |
| Mecantile Adjustment Bureau/ Bank Card Credit Card | 7100-000 | $447.00 | NA | NA | $0.00 |
| MedClear | 7100-000 | $175.00 | NA | NA | $0.00 |
| Medwest Pediatric Cardiology | 7100-000 | $400.00 | NA | NA | $0.00 |
| MetroSouth Medical Center | 7100-000 | $8,601.00 | NA | NA | $0.00 |
| MetroSouth Medical Center | 7100-000 | $572.00 | NA | NA | $0.00 |
| Midwest Diagnostic Pathology | 7100-000 | $237.00 | NA | NA | $0.00 |
| NARS - National Asset REcovery / First Premier Bank | 7100-000 | $447.00 | NA | NA | $0.00 |
| National Credit Solutions, LLC | 7100-000 | $1,400.00 | NA | NA | $0.00 |
| Nationwide Credit Collection | 7100-000 | $150.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $3,000.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $3,300.00 | NA | NA | $0.00 |
| Northwest Collectors Inc | 7100-000 | $35.00 | NA | NA | $0.00 |
| Oak Forest Hospital | 7100-000 | $223.00 | NA | NA | $0.00 |
| Oak Forest Hospital | 7100-000 | $83.00 | NA | NA | $0.00 |
| Pathology Assoc of CHicago Ltd | 7100-000 | $486.00 | NA | NA | $0.00 |
| Pay Day /Solomon Finance | 7100-000 | $500.00 | NA | NA | $0.00 |
| Peak 5 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Penn Credit | 7100-000 | $400.00 | NA | NA | $0.00 |
| Peoples Energy | 7100-000 | $600.00 | NA | NA | $0.00 |
| Portfolio Recovery | 7100-000 | $1,610.00 | NA | NA | $0.00 |
| Professional | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Credit Services | | | | | |
| PSC Physician S Billing Group | 7100-000 | $35.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| Salute Visa Gold | 7100-000 | $750.00 | NA | NA | $0.00 |
| Sprint | 7100-000 | $400.00 | NA | NA | $0.00 |
| TCF Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tech Credit Union | 7100-000 | $0.00 | NA | NA | $0.00 |
| The Law office of Micahel IRa Asen / JcPenny | 7100-000 | $250.00 | NA | NA | $0.00 |
| Transworld Systems Inc/ Neighborghood Club | 7100-000 | $250.00 | NA | NA | $0.00 |
| TRS Recovery Services/ Lifetouch | 7100-000 | $70.00 | NA | NA | $0.00 |
| Unimed, LTD/ Metrosougth | 7100-000 | $307.00 | NA | NA | $0.00 |
| Universal Fidelity Corp | 7100-000 | $1,700.00 | NA | NA | $0.00 |
| Valentine & Kebartas Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wellington Radiology Group | 7100-000 | $43.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $94,038.00 | $30,188.09 | $30,188.09 | $3,215.16 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-48480-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BONDS, CLAUDE AND BONDS, CHRISHELLO | Date Filed (f) or Converted (c): | 10/29/2010 (f) |
| For the Period Ending: | 2/10/2012 | §341(a) Meeting Date: | 12/16/2010 |
| | | Claims Bar Date: | 04/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2010 Anticipated tax refund  (u) | Unknown | $6,359.00 | DA | $6,359.00 | FA |
| 2  Chase Bank #6519, #6576 TCF # 5618 | $220.00 | $0.00 | DA | $0.00 | FA |
| 3  Southside Credit Union | $15.00 | $0.00 | DA | $0.00 | FA |
| 4  Household goods, TVs, DVD, used computer, loveseat, couch, bedroom sets, pots/pans | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5  Books, tapes, family picture | $100.00 | $0.00 | DA | $0.00 | FA |
| 6  Daily Wearing Apparel | $500.00 | $0.00 | DA | $0.00 | FA |
| 7  Earrings, Watch, Costume Jewerly | $250.00 | $0.00 | DA | $0.00 | FA |
| 8  Interest in pension or profit sharing plans 401K | $700.00 | $0.00 | DA | $0.00 | FA |
| 9  back child support | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 10  2009 HHR Chevrolet | $11,000.00 | $0.00 | DA | $0.00 | FA |
| 11  2007 Grad Prix GT | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 12  Mixed breed dog | $10.00 | $0.00 | DA | $0.00 | FA |
| 13  nicor gas and comed security deposits | Unknown | Unknown | DA | $0.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $0.96 | Unknown |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$25,795.00    $6,359.00         $6,359.96    $0.00

**Major Activities affecting case closing:**
Anticipated Tax Refund
TFR complpeted for trustee review.
TFR sent to Tom for review and approval.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 02/09/2012 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 10-48480-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BONDS, CLAUDE AND BONDS, CHRISHELLO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2080 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | ******2081 | Account Title: | DDA |
| For Period Beginning: | 10/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $5,244.95 | | $5,244.95 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.64 | $5,243.31 |
| 08/29/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $7.02 | $5,236.29 |
| 08/29/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,274.50 | $3,961.79 |
| 08/29/2011 | 5003 | Illinois Department of Revenue | Claim #: 13; Amount Claimed: 746.63; Amount Allowed: 746.63; Distribution Dividend: 100.00; | 5800-000 | | $746.63 | $3,215.16 |
| 08/29/2011 | 5004 | Commonwealth Edison Company | Claim #: 1; Amount Claimed: 2,138.76; Amount Allowed: 2,138.76; Distribution Dividend: 10.93; | 7100-000 | | $233.78 | $2,981.38 |
| 08/29/2011 | 5005 | Sir Finance | Claim #: 2; Amount Claimed: 1,186.00; Amount Allowed: 1,186.00; Distribution Dividend: 10.93; | 7100-000 | | $129.64 | $2,851.74 |
| 08/29/2011 | 5006 | Zenith Acquisition Corporation | Claim #: 3; Amount Claimed: 730.96; Amount Allowed: 730.96; Distribution Dividend: 10.93; | 7100-000 | | $79.90 | $2,771.84 |
| 08/29/2011 | 5007 | Morraine Valley Community College | Claim #: 4; Amount Claimed: 483.00; Amount Allowed: 483.00; Distribution Dividend: 10.93; | 7100-000 | | $52.79 | $2,719.05 |
| 08/29/2011 | 5008 | Midland Credit Management, Inc./ First | Claim #: 5; Amount Claimed: 1,304.04; Amount Allowed: 1,304.04; Distribution Dividend: 10.93; | 7100-900 | | $142.54 | $2,576.51 |
| 08/29/2011 | 5009 | Midland Credit Management, Inc/First | Claim #: 6; Amount Claimed: 1,086.85; Amount Allowed: 1,086.85; Distribution Dividend: 10.93; | 7100-900 | | $118.80 | $2,457.71 |
| 08/29/2011 | 5010 | Midland Credit Management, Inc./First | Claim #: 7; Amount Claimed: 850.86; Amount Allowed: 850.86; Distribution Dividend: 10.93; | 7100-900 | | $93.00 | $2,364.71 |
| 08/29/2011 | 5011 | US Department of Education | Claim #: 8; Amount Claimed: 18,850.65; Amount Allowed: 18,850.65; Distribution Dividend: 10.93; | 7100-000 | | $2,060.48 | $304.23 |
| 08/29/2011 | 5012 | American InfoSource LP as agent for T Mobile/ | Claim #: 9; Amount Claimed: 295.89; Amount Allowed: 295.89; Distribution Dividend: 10.93; | 7100-000 | | $32.34 | $271.89 |
| 08/29/2011 | 5013 | American InfoSource LP as agent for T Mobile | Claim #: 10; Amount Claimed: 567.69; Amount Allowed: 567.69; Distribution Dividend: 10.93; | 7100-000 | | $62.05 | $209.84 |
| 08/29/2011 | 5014 | Opportunity Financial LLC | Claim #: 11; Amount Claimed: 919.67; Amount Allowed: 919.67; Distribution Dividend: 10.93; | 7100-000 | | $100.53 | $109.31 |
| 08/29/2011 | 5015 | CardGard Check One | Claim #: 12; Amount Claimed: 1,000.00; Amount Allowed: 1,000.00; Distribution Dividend: 10.93; | 7100-000 | | $109.31 | $0.00 |

**SUBTOTALS** $5,244.95 $5,244.95

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-48480-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BONDS, CLAUDE AND BONDS, CHRISHELLO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2080 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | ******2081 | Account Title: | DDA |
| For Period Beginning: | 10/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,244.95 | $5,244.95 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,244.95 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $5,244.95 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,244.95 | |

| **For the period of 10/29/2010 to 2/10/2012** | | **For the entire history of the account between 06/29/2011 to 2/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,244.95 | Total Internal/Transfer Receipts: | $5,244.95 |
| | | | |
| Total Compensable Disbursements: | $5,244.95 | Total Compensable Disbursements: | $5,244.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,244.95 | Total Comp/Non Comp Disbursements: | $5,244.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-48480-JBS | |
| **Case Name:** | BONDS, CLAUDE AND BONDS, CHRISHELLO | |
| **Primary Taxpayer ID #:** | ******2080 | |
| **Co-Debtor Taxpayer ID #:** | ******2081 | |
| **For Period Beginning:** | 10/29/2010 | |
| **For Period Ending:** | 2/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******8480 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2011 | (1) | United States Treasury | Tax Refund. | 1224-000 | $6,359.00 | | $6,359.00 |
| 02/21/2011 | 1001 | Chrishello Bonds | Entitled portion to Debtor from filing date until the end of 2010. | 8100-002 | | $1,115.01 | $5,243.99 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.10 | | $5,244.09 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.22 | | $5,244.31 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.22 | | $5,244.53 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 | | $5,244.75 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.20 | | $5,244.95 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $5,244.95 | $0.00 |
| | | | **TOTALS:** | | $6,359.96 | $6,359.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,244.95 | |
| | | | **Subtotal** | | $6,359.96 | $1,115.01 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,115.01 | |
| | | | **Net** | | $6,359.96 | $0.00 | |

| For the period of 10/29/2010 to 2/10/2012 | | For the entire history of the account between 02/15/2011 to 2/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,359.96 | Total Compensable Receipts: | $6,359.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,359.96 | Total Comp/Non Comp Receipts: | $6,359.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $1,115.01 | Total Non-Compensable Disbursements: | $1,115.01 |
| Total Comp/Non Comp Disbursements: | $1,115.01 | Total Comp/Non Comp Disbursements: | $1,115.01 |
| Total Internal/Transfer Disbursements: | $5,244.95 | Total Internal/Transfer Disbursements: | $5,244.95 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-48480-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | BONDS, CLAUDE AND BONDS, CHRISHELLO | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******2080 | **Money Market Acct #:** ******8480 |
| **Co-Debtor Taxpayer ID #:** | ******2081 | **Account Title:** |
| **For Period Beginning:** | 10/29/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,359.96 | $6,359.96 | $0.00 |

**For the period of 10/29/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,359.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,359.96 |
| Total Internal/Transfer Receipts: | $5,244.95 |
| | |
| Total Compensable Disbursements: | $5,244.95 |
| Total Non-Compensable Disbursements: | $1,115.01 |
| Total Comp/Non Comp Disbursements: | $6,359.96 |
| Total Internal/Transfer Disbursements: | $5,244.95 |

**For the entire history of the case between 10/29/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $6,359.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,359.96 |
| Total Internal/Transfer Receipts: | $5,244.95 |
| | |
| Total Compensable Disbursements: | $5,244.95 |
| Total Non-Compensable Disbursements: | $1,115.01 |
| Total Comp/Non Comp Disbursements: | $6,359.96 |
| Total Internal/Transfer Disbursements: | $5,244.95 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ